■ BEATRICE MOSS, Appellant-Respondent, v JACK MOSS, Respondent-Appellant. — Order, Appellate Term, First Department, entered on January 16, 1981, unanimously modified so as to reinstate the order of the Civil Court, New York County (Ribaudo, J.), entered on May 15, 1980, for the reasons stated by Ribaudo, J., at Civil Court, without costs and without disbursements. Concur — Kupferman, J. P., Carro, Markewich, Lynch and Milonas, JJ.

■ L. ROSENMAN CORP., Respondent, v CITY OF NEW YORK, Appellant. — Order, Supreme Court, New York County (Ellerin, J.), entered on July 30, 1981, unanimously affirmed on the opinion of Ellerin, J., without costs and without disbursements. Concur — Kupferman, J. P., Carro, Markewich, Lynch and Milonas, JJ.

■ MICHELE LEVINE, Respondent, v JOEY E. LEVINE, Appellant. — Order, Supreme Court, New York County (Stecher, J.), entered on October 28, 1981, unanimously affirmed for the reasons stated by Stecher, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Carro, Markewich, Lynch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST CARRINGTON, Appellant. — Judgment, Supreme Court, Bronx County (Warner, J.), rendered on March 23, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Carro, Markewich, Lynch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR MAZZER, Appellant. — Judgment, Supreme Court, Bronx County (Bell, J.), rendered on September 26, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Carro, Markewich, Lynch and Milonas, JJ.

■ SARCON CONSTRUCTION CORPORATION, Respondent, v TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, Appellant. — Order, Supreme Court, New York County (Blyn, J.), entered on July 8, 1981, unanimously affirmed on the opinion of Blyn, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Carro, Markewich, Lynch and Milonas, JJ.